Frederick W. Neuweiler, Respondent, v. The Central Brewing Company of New York, Appellant.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ. (See 119 App. Div. 101.)

Port Jefferson Realty Company, Appellant, v. Mary C. Woodhull, Respondent. — Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

---

## FOURTH DEPARTMENT, JUNE, 1907.

Daniel W. Krinbill, Respondent, v. Rochester Railway Company, Appellant. — Order reversed and new trial granted, with costs to the appellant to abide the event. Held, that any negligence of the person in charge of the horses in leaving them unhitched and unattended was imputable to the plaintiff, and that leaving the horses unhitched and unattended under the circumstances disclosed by the evidence in the case was sufficient to require the question of contributory negligence to be submitted to the jury. All concurred; Robson, J., not sitting.

John W. Truesdell and Charles C. Truesdell, Respondents, v. William K. Niver, Appellant, Impleaded with Bay Road Construction Company and Others.— Judgment and order affirmed, with costs. All concurred; McLennan, P. J., not sitting.

August Turo, as Administrator, etc., of Paul H. Turo, Deceased, Appellant, v. The Lackawanna Steel Company, Respondent. — Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant, with costs. All concurred.

In the Matter of the Estate of Anastasia Sandrock, Deceased.— Decree and order of Surrogate's Court affirmed, with one bill of costs to the respondents, other than the incompetent, Ralph Sandrock, against the appellant personally; the costs of the special guardian of said incompetent to be fixed by the surrogate and paid out of the estate. All concurred.

Adelaide McAllister, Respondent, v. Daniel N. Baumgras, as Executor, etc., of Charles Baumgras, Deceased, Appellant.— Judgment affirmed, with costs. All concurred.

Martin D. Rockwood, as Administrator, etc., of Paul H. Turo, Deceased, Respondent, v. New York Contracting Company — New Haven Improvements, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs, changing the venue to New York county, upon condition that the appellant stipulate that the action be given the peremptory preference provided by section 793 of the Code of Civil Procedure. All concurred.

Fred L. Swarts, as Administrator, etc., of Fred Swarts, Deceased, Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Florence Farmer, as, etc., Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred; except Spring and Kruse, JJ., who dissented.

In the Matter of the Claim of Oliver W. Nourse v. Lexington Dime Savings and Loan Association and Frank E. Velzy, Receiver.— Motion to dismiss appeal